IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 11-cv-01462-REB-MJW

VICKY WESLEY,

    Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of dismissal with Prejudice** [#21] filed September 19, 2011. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** [#21] filed September 19, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for April 13, 2012, is **VACATED**;

3. That the jury trial set to commence April 30, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 20, 2011, at Denver, Colorado.

                                                  BY THE COURT:

                                                *Bob Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge